**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James BUTEAU, a.k.a. Slaya,**
**Defendant–Appellant.**

**No. 12–12941**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 24, 2013.

Karen Atkinson, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office,

Miami, FL, John C. McMillan, Assistant U.S. Attorney, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Michael G. Smith, Attorney at Law, Fort Lauderdale, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael Smith, appointed counsel for Appellant James Buteau in this direct criminal appeal, has moved to withdraw from further representation of Buteau and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Buteau's conviction and sentence are **AFFIRMED.**